| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** REDACTED | DOCKET NUMBER *(Tran. Court)* 02 CR 1009-01 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* CR05·49 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: ALEJANDRO MUNIZ DOVER, DELAWARE 19901 | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION SUPERVISED RELEASE |
|---|---|---|

| | NAME OF SENTENCING JUDGE HONORABLE RICHARD M. BERMAN | | |
|---|---|---|---|
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM MARCH 29, 2005 | TO MARCH 28, 2008 |

**OFFENSE**

CONSPIRACY TO COMMIT BANK FRAUD IN VIOLATION OF 18 USC 371, BANK FRAUD IN VIOLATION OF 18 USC 1334, AND FALSE STATEMENTS IN LOAN APPLICATION IN VIOLATION OF 18 USC 1014.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF DELAWARE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/9/05

*Date*

*Richard M. Berman*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*