Probation Form No. 35  
(1/92)

Report and Order Terminating Probation / Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Delaware

UNITED STATES OF AMERICA

V.                                                               Crim. No. 1:05CR00049-GMS

Alejandro Muniz

     On March 25, 2003, the above named was placed on Supervised Release for a period of three years. The term of supervision commenced on March 29, 2005. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Alejandro Muniz be discharged from Supervised Release.

Respectfully submitted,

*Nancy A. Klingler*

Nancy A. Klingler  
U.S. Probation Officer

### ORDER OF THE COURT

     Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 27th day of July, 2007.

The Honorable Gregory M. Sleet  
Chief U.S. District Judge

FILED  
JUL 30 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE